UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KELLY L. KNAPPER, | § | CASE NO. 11-12942-GARGOTTA |
| | § | |
| Debtor | § | CHAPTER 7 |

## AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT

TO THE HONORABLE CRAIG A. GARGOTTA, UNITED STATES BANKRUPTCY JUDGE:

**THIS PLEADING REQUESTS RELIEF WHICH MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

COMES NOW John Patrick Lowe, the Trustee in this case, and makes and files these Amended Objections to the Debtor's Schedule C Property Claimed as Exempt, and in support thereof would show unto the Court as follows:

1.

The undersigned is the Trustee in this Chapter 7 case. The petition was filed on December 3, 2011. These objections are filed by right of 11 United States Code Sections 522 and 704 Federal Rule of Bankruptcy Procedure 4003(b) and are filed within thirty (30) days after the conclusion of the Section 341(a) meeting of creditors on January 5, 2012.

2.

The Trustee objects to the following claims of exemption described in the Debtor's Schedule C – Property Claimed as Exempt:

    a.    "Minor son's UTMA/UGMA Ameritrade Account" valued at $1,611.00;

    b.    "Minor son's UTMA/UGMA Ameritrade Account" valued at $1,403.00;

    c.    "Minor son's 529 Ameritrade Account" valued at $7,291.00;

    d.    "Minor son's 529 Ameritrade Account" valued at $4,109.00; and

1

e. "Stocks – Ameritrade $1,500" valued at $1,500.00.

3.

The Trustee objects to the claims of exemption in the two minor son's UTMA/UGMA Ameritrade accounts, in the two minor son's 529 Ameritrade accounts for two reasons, and in the Ameritrade stocks.

4.

First, Section 42.0021 of the Texas Property Code does not support these claims of exemption. That statute provides for claims of exemption in an array of retirement benefits, not the assets the subject of a Uniform Gifts to Minors Act or Section 529 accounts.

5.

Second, the Trustee has requested certain records relating to these assets. He should be given the opportunity to review those for at least two issues, the potential eligibility of these assets as exempt assets and whether unusual or avoidable transfers (deposits) were made into any of the accounts by or on behalf of the Debtor, rendering part of an otherwise eligible exempt asset non-exempt.

6.

The Trustee objects to the Debtor's claim of exemption in "Stocks – Ameritrade $1,500" valued at $1,500.00. The Debtor has selected exemptions by right of 11 United States Code Section 522(b)(3), commonly known as non-bankruptcy exemptions, most of which appear in the Texas Property Code. The claim of exemption in the Ameritrade stock is based on Section 42.0021 of the Texas Property Code which does not support a claim of exemption in stock not a part of one of the listed retirement plans.

7.

The Trustee moves that the Court sustain these objections and disallow the claims of exemption so that the accounts remain as assets of the bankruptcy estate.

WHEREFORE, premises considered, the Trustee requests the Court to enter an Order are requested above, and for such other and further relief, at law or in equity, as to which he may be justly entitled.

DATED: February 1, 2012.

Respectfully submitted,

John Patrick Lowe, Trustee
State Bar No. 12623700
318 East Nopal
Uvalde, Texas 78801
(830) 278-4471
(830) 278-6347 (fax)
Email: johnplowe@sbcglobal.net

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Amended Objections to the Debtor's Schedule C Property Claimed as Exempt, has been served on the following parties, by First Class mail, postage prepaid; by the CM/ECF system; or by electronic mail on this the 1st day of February 2012:

**DEBTOR:**

Kelly L. Knapper
603 Davis Street, #1801
Austin, TX 78701

**ATTORNEY FOR DEBTOR:**

Nancy L. Perry
Law Office of Nancy L. Perry
1004 West Avenue
Austin, TX 78701

Patrick Lowe