

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 16, 2013.**

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

___

United States Bankruptcy Court
For the Western District of Texas
Austin Division

| | | |
|---|---|---|
| IN RE: | § | |
| Kelly L. Knapper, | § § § | Case No. 11-12942-Davis |
| Debtor | § § | Chapter 7 |
| John Patrick Lowe, Trustee, Plaintiff | § § § § | |
| v. | § § | Adv. Pro. No. 12-1102-tmd |
| Kelly L. Knapper, Defendant | § § | |

### Judgment Denying the Discharge of the Debtor

On September 5, 2013 came on to be tried the Plaintiff's Second Amended Complaint for the Denial of the Discharge of the Debtor, docket number 52. Appearing were John Patrick Lowe, the Chapter 7 Trustee; Brent A. Devere, counsel for Mr. Knapper; and Mr. Kelly L. Knapper, the Debtor. After considering the pleadings, the evidence, the representations on the record and the evidence, and for the reasons stated on the record on September 9, 2013 in the Court's findings of fact and conclusions of law made under Federal Rule of Bankruptcy

1

Procedure 7052, the Court is of the opinion and so finds and concludes that the discharge of the Debtor should be denied under 11 United States Code § 727(a)(4)(A) for having knowingly and fraudulently, in or in connection with the case, made a false oath or account and under 11 United States Code § 727(a)(6)(A) for having refused in the case to obey a lawful Order of the Court other than an Order to respond to a material question or to testify.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Plaintiff's Second Amended Complaint for the Denial of the Discharge of the Debtor, docket number 52, is granted.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the discharge of the Debtor, Kelly L. Knapper, social security number xxx-xx-5983, is denied by right of both 11 United States Code § 727(a)(4)(A) and 11 United States Code § 727(a)(6)(A).

All other relief not expressly granted herein is denied.

### #

Approval As To Form Only:

Brent A. Devere, Attorney for
Kelly L. Knapper, Defendant
State Bar No. 00789256
1411 West Avenue, Suite 200
Austin, TX 78701
(512) 457-8080
(512) 457-8060 (fax)
Email: BDevere@1411west.com

John Patrick Lowe, Trustee,
 Plaintiff
State Bar No. 12623700
318 East Nopal
Uvalde, Texas 78801
(830) 278-4471
(830) 278-6347 (fax)
Email: johnplowe@sbcglobal.net

2

**Judgment Prepared By:**

John Patrick Lowe, Trustee,
 Plaintiff
Dodson & Lowe
318 East Nopal
Uvalde, Texas 78801

3

```
                         United States Bankruptcy Court
                           Western District of Texas
In re:                                                     Case No. 11-12942-tmd
Kelly L. Knapper                                           Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0542-1           User: chapmana              Page 1 of 1             Date Rcvd: Oct 01, 2013
                               Form ID: pdfintp            Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2013.
db            +Kelly L. Knapper,    603 Davis Street,    #1801,    Austin, TX 78701-4254
cr             Wells Fargo Bank, N.A.,    P O Box 829009,    Dallas, TX  75382-9009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            ##+Lori Anderson,    7686 Petersburgh Place,    Frisco, TX 75035-3140
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2013 at the address(es) listed below:
              Brent A. Devere    on behalf of Debtor Kelly L. Knapper bdevere512@aol.com
              Brent A. Devere    on behalf of Defendant Kelly L. Knapper bdevere512@aol.com
              Douglas J. Powell    on behalf of Creditor Lori  Anderson notices@swbell.net
              Hilary B. Bonial    on behalf of Creditor    Wells Fargo Bank, N.A. notice@bkcylaw.com
              John Patrick Lowe    on behalf of Plaintiff John Patrick Lowe, Trustee johnplowe@sbcglobal.net,
               plowe@ecf.epiqsystems.com
              John Patrick Lowe     johnplowe@sbcglobal.net,    plowe@ecf.epiqsystems.com
              John Patrick Lowe    on behalf of Trustee John Patrick Lowe johnplowe@sbcglobal.net
              Michael J. Burns    on behalf of Creditor    Wells Fargo Bank, N.A. mb2@bvwlaw.com,
               cdpryor@nbsdefaultservices.com;csanchez@nbsdefaultservices.com
              Nancy L Perry    on behalf of Defendant Kelly L. Knapper n.perry@nlplaw.com,
               alreeseriewe@yahoo.com
              Nancy L Perry    on behalf of Debtor Kelly L. Knapper n.perry@nlplaw.com,    alreeseriewe@yahoo.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 11
```