UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
KNAPPER, KELLY L. § Case No. 11-12942 TMD
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/John Patrick Lowe, Trustee_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-12942 TMD Judge: TONY M. DAVIS | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | KNAPPER, KELLY L. | Date Filed (f) or Converted (c): | 12/03/11 (f) |
| | | 341(a) Meeting Date: | 01/05/12 |
| For Period Ending: | 11/26/13 | Claims Bar Date: | 04/09/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY<br>126 CLUBHOUSE DRIVE, LAKEWAY, TX 78734. LOT 3170 LAKEWAY SEC 28.<br><br>LIENHOLDER: WELLS FARGO HOME MORTGAGE.<br>Debtor Claimed Exemption | 488,983.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNT(S)<br>CHASE PERSONAL CHECKING ACCT. | 812.00 | 0.00 | | 812.00 | FA |
| 4. BANK ACCOUNT(S)<br>CHASE BUSINESS CHECKING ACCOUNT. | 3,600.00 | 0.00 | | 3,600.00 | FA |
| 5. SECURITY DEPOSIT<br>SECURITY DEPOSIT FOR 603 DAVIS STREET #1801, AUSTIN, TEXAS 78701. | 4,000.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS/FURNISHINGS<br>LOVESEAT $25; DVD'S $50; CD'S $30; LAPTOP $75; VARIOUS POTS & PANS $50; DISHES/STORAGE CONTAINERS $50; COOKING UTENSILS/SILVERWARE $50; TWO BICYCLES $50; CHILDREN'S TOYS $100; LUGGAGE $30. ALL OTHER HOUSEHOLD ITEMS ARE FURNISHED BY RENTAL PROPERTY.<br>Debtor Claimed Exemption | 510.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS, PICTURES, COLLECTIBLES, ETC.<br>VARIOUS BOOKS.<br>Debtor Claimed Exemption | 30.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL<br>MEN'S CLOTHING AND SHOES.<br>Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 9. INTERESTS IN AN EDUCATION IRA<br>MINOR SON'S UTMA/UGMA AMERITRADE ACCOUNT.<br><br>AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT FILED 02/01/12. ORDER SUSTAINING TRUSTEE'S AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT DATED 02/28/12.<br><br>MOTION TO COMPEL TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE TO THE TRUSTEE FILED 03/16/12. ORDER GRANTING MOTION TO COMPEL TURNOVER OF ASSETS OF THE BANKRUPTCY | 1,611.00 | 0.00 | | 1,561.03 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

Case No:  11-12942   TMD   Judge: TONY M. DAVIS
Case Name:  KNAPPER, KELLY L.

Trustee Name:  John Patrick Lowe, Trustee
Date Filed (f) or Converted (c):  12/03/11 (f)
341(a) Meeting Date:  01/05/12
Claims Bar Date:  04/09/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| ESTATE TO THE TRUSTEE DATED 04/12/12. COMPLAINT AGAINST TD AMERITRADE FOR TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE FILED 03/30/12 AS ADV. PRO. NO. 12-01057-CAG. AGREED JUDGMENT FILED 08/30/12. Debtor Claimed Exemption | | | | | |
| 10. INTERESTS IN AN EDUCATION IRA MINOR SON'S UTMA/UGMA AMERITRADE ACCOUNT. AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT FILED 02/01/12. ORDER SUSTAINING TRUSTEE'S AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT DATED 02/28/12. MOTION TO COMPEL TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE TO THE TRUSTEE FILED 03/16/12. ORDER GRANTING MOTION TO COMPEL TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE TO THE TRUSTEE DATED 04/12/12. COMPLAINT AGAINST TD AMERITRADE FOR TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE FILED 03/30/12 AS ADV. PRO. NO. 12-01057-CAG. AGREED JUDGMENT FILED 08/30/12. Debtor Claimed Exemption | 1,403.00 | 0.00 | | 1,706.80 | FA |
| 11. INTERESTS IN AN EDUCATION IRA MINOR SON'S 529 AMERITRADE ACCOUNT. AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT FILED 02/01/12. ORDER SUSTAINING TRUSTEE'S AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT DATED 02/28/12. MOTION TO COMPEL TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE TO THE TRUSTEE FILED 03/16/12. ORDER GRANTING MOTION TO COMPEL TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE TO THE TRUSTEE DATED 04/12/12. | 7,291.00 | 0.00 | | 7,291.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

Case No: 11-12942 TMD Judge: TONY M. DAVIS
Case Name: KNAPPER, KELLY L.

Trustee Name: John Patrick Lowe, Trustee
Date Filed (f) or Converted (c): 12/03/11 (f)
341(a) Meeting Date: 01/05/12
Claims Bar Date: 04/09/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 12. INTERESTS IN AN EDUCATION IRA MINOR SON'S 529 AMERITRADE ACCOUNT. AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT FILED 02/01/12. ORDER SUSTAINING TRUSTEE'S AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT DATED 02/28/12. MOTION TO COMPEL TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE TO THE TRUSTEE FILED 03/16/12. ORDER GRANTING MOTION TO COMPEL TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE TO THE TRUSTEE DATED 04/12/12. | 4,109.00 | 0.00 | | 3,376.08 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. INTEREST IN IRA, ERISA, ETC. ROTH - AMERITRADE. | 50,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. STOCK AND INTERESTS STOCKS - AMERITRADE. OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT FILED 01/19/12. AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT FILED 02/01/12. ORDER SUSTAINING TRUSTEE'S AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT DATED 02/28/12. MOTION TO COMPEL TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE TO THE TRUSTEE FILED 03/16/12. ORDER GRANTING MOTION TO COMPEL TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE TO THE TRUSTEE DATED 04/12/12. COMPLAINT AGAINST TD AMERITRADE FOR TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE FILED 03/30/12 AS ADV. PRO. NO. 12-01057-CAG. AGREED JUDGMENT FILED 08/30/12. | 1,500.00 | 0.00 | | 1,979.09 | FA |
| Debtor Claimed Exemption | | | | | |
| 15. BOATS, MOTORS, AND ACCESSORIES - AUTO??? | 28,000.00 | 0.00 | | 0.00 | FA |

PFORM1 UST Form 101-7-TFR (5/1/2011) *(Page: 5)* Ver: 17.04

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

Case No: 11-12942 TMD  Judge: TONY M. DAVIS
Case Name: KNAPPER, KELLY L.

Trustee Name: John Patrick Lowe, Trustee
Date Filed (f) or Converted (c): 12/03/11 (f)
341(a) Meeting Date: 01/05/12
Claims Bar Date: 04/09/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2010 VOLVO C70. <br><br> LIENHOLDER: CAPITAL ONE AUTO FINANCE. <br><br> THIS ASSET LISTED UNDER BOATS, MOTORS AND ACCESSORIES, BUT IT IS AN AUTOMOBILE. <br> Debtor Claimed Exemption | | | | | |
| 16. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.21 | FA |
| 17. UNSCHEDULED ASSET - $10,000 CASHIER'S CHECK (u) <br> $10,000.00 CASHIER'S CHECK. SAT ON DEBTOR'S DESK UNTIL REDEPOSITED ON JANUARY 4, 2012 OR JANUARY 5, 2012. <br><br> MOTION TO COMPEL THE DEBTOR TO TURN OVER AN ASSET OF THE BANKRUPTCY ESTATE TO THE CHAPTER 7 TRUSTEE FILED 07/17/13. MOTION FOR EXPEDITED HEARING ON TRUSTEE'S MOTION TO COMPEL THE DEBTOR TO TURN OVER AN ASSET OF THE BANKRUPTCY ESTATE TO THE CHAPTER 7 TRUSTEE FILED 07/17/13. ORDER GRANTING MOTION FOR EXPEDITED HEARING ON TRUSTEE'S MOTION TO COMPEL THE DEBTOR TO TURN OVER AN ASSET OF THE BANKRUPTCY ESTATE TO THE CHAPTER 7 TRUSTEE DATED 07/16/13. AGREED ORDER GRANTING MOTION TO COMPEL THE DEBTOR TO TURN OVER AN ASSET OF THE BANKRUPTCY ESTATE TO THE CHAPTER 7 TRUSTEE DATED 07/24/13. <br><br> MOTION TO ENFORCE AGREED ORDER GRANTING MOTION TO COMPEL THE DEBTOR TO TURN OVER AN ASSET OF THE BANKRUPTCY ESTATE TO THE CHAPTER 7 TRUSTEE FILED 09/30/13. | 10,000.00 | 0.00 | | 10,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $602,069.00 | $0.00 | | $30,326.21 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT FILED 01/19/12. AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT FILED 02/01/12. ORDER SUSTAINING TRUSTEE'S

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-12942　　TMD　　Judge: TONY M. DAVIS | Trustee Name:　John Patrick Lowe, Trustee |
| Case Name: | KNAPPER, KELLY L. | Date Filed (f) or Converted (c):　12/03/11 (f) |
| | | 341(a) Meeting Date:　01/05/12 |
| | | Claims Bar Date:　04/09/12 |

AMENDED OBJECTIONS TO THE DEBTOR'S SCHEDULE C PROPERTY CLAIMED AS EXEMPT DATED 02/28/12.

APPLICATION BY TRUSTEE AND LAW FIRM OF WHICH TRUSTEE IS A MEMBER TO ACT AS ATTORNEY FOR THE TRUSTEE FILED 02/03/12. ORDER AUTHORIZING TRUSTEE TO SERVE AS HIS OWN ATTORNEY DATED 03/01/12.

MOTION FOR AN EXTENSION OF TIME IN WHICH TO OBJECT TO THE DISCHARGE OF THE DEBTOR FILED 02/22/12. ORDER GRANTING TRUSTEE'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO OBJECT TO THE DISCHARGE OF THE DEBTOR DATED 03/20/13.

MOTION TO COMPEL THE DEBTOR TO TURN OVER COPIES OF CERTAIN BANKING RECORDS TO THE CHAPTER 7 TRUSTEE FILED 02/23/12. ORDER GRANTING MOTION TO COMPEL THE DEBTOR TO TURN OVER CERTAIN BANKING RECORDS TO THE CHAPTER 7 TRUSTEE DATED 03/21/12.

COMPLAINT AGAINST TD AMERITRADE FOR TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE FILED 03/30/12 AS ADV. PRO. NO. 12-01057-CAG. AGREED JUDGMENT FILED 08/30/12.

MOTION TO COMPEL TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE TO THE TRUSTEE FILED 03/16/12. ORDER GRANTING MOTION TO COMPEL TURNOVER OF ASSETS OF THE BANKRUPTCY ESTATE TO THE TRUSTEE DATED 04/12/12.

COMPLAINT FOR THE DENIAL OF THE DISCHARGE OF THE DEBTOR FILED 06/27/12 AS ADVERSARY PROCEEDING NO. 12-1102-G. AMENDED COMPLAINT FOR THE DENIAL OF THE DISCHARGE OF THE DEBTOR FILED 07/06/12. REQUEST TO CLERK TO ENTER DEFAULT FILED 08/30/12. MOTION FOR ENTRY OF DEFAULT OF JUDGMENT DENYING THE DISCHARGE OF THE DEBTOR FILED 08/30/12. ORDER DISMISSING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT DENYING THE DISCHARGE OF THE DEBTOR DATED 09/18/12 AND FILED 09/19/12. MOTION TO ENTER A SCHEDULING ORDER FILED 10/15/12. ORDER GRANTING PLAINTIFF'S MOTION TO ENTER A SCHEDULING ORDER DATED 10/16/12 AND FILED 10/17/12.

MOTION TO VACATE AND SET ASIDE THE AMENDED ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS HIS CHAPTER 7 CASE FILED 07/23/12. MOOT, DATED 08/06/12, ORDER GRANTING MOTION TO VACATE AND SET ASIDE AN AMENDED ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS HIS CHAPTER 7 CASE.

AMENDED MOTION FOR A NEW TRIAL OR TO VACATE AND SET ASIDE THE AMENDED ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS HIS CHAPTER 7 CASE FILED 08/03/12. MOOT PER ORDER DATED 08/17/12, DOCKET NO. 80. (DUE TO AN ADMINISTRATIVE ERROR, AN AMENDED ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS HIS CHAPTER 7 CASE WAS ENTERED ON 07/20/12 , NO. 68 ON DOCKET. AS SUCH, THE COURT FINDS THAT THE ORDER SHOULD BE VACATED AND CHAPTER 7 CASE 11-12942 IS REINSTATED).

SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE FILED 05/06/13 BY TRUSTEE.

MOTION TO COMPEL THE DEBTOR TO TURN OVER AN ASSET OF THE BANKRUPTCY ESTATE TO THE CHAPTER 7 TRUSTEE FILED 07/17/13. MOTION FOR EXPEDITED HEARING ON TRUSTEE'S MOTION TO COMPEL THE DEBTOR TO TURN OVER AN ASSET OF THE BANKRUPTCY ESTATE TO THE CHAPTER 7 TRUSTEE FILED 07/17/13. ORDER GRANTING MOTION FOR EXPEDITED HEARING ON TRUSTEE'S MOTION TO COMPEL THE DEBTOR TO TURN OVER AN ASSET OF THE BANKRUPTCY ESTATE TO THE CHAPTER 7 TRUSTEE DATED 07/16/13. AGREED ORDER GRANTING MOTION TO COMPEL THE DEBTOR TO TURN OVER AN ASSET OF THE BANKRUPTCY ESTATE TO THE CHAPTER 7 TRUSTEE DATED 07/24/13.

MOTION TO APPROVE AN INTERIM DISTRIBUTION TO THE DOMESTIC SUPPORT OBLIGATION PROOF OF CLAIM FILED BY LORI ANDERSON FILED 09/27/13. MOTION FOR EXPEDITED HEARING ON TRUSTEE'S MOTION TO APPROVE AN INTERIM DISTRIBUTION TO THE DOMESTIC SUPPORT OBLIGATION PROOF OF CLAIM FILED BY LORI ANDERSON FILED 09/27/13. ORDER GRANTING MOTION OF TRUSTEE TO EXPEDITE HEARING ON THE MOTION TO APPROVE INTERIM DISTRIBUTION TO THE DOMESTIC SUPPORT OBLIGATION PROOF OF CLAIM FILED BY LORI ANDERSON DATED

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 6

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-12942 TMD Judge: TONY M. DAVIS | Trustee Name: John Patrick Lowe, Trustee |
| Case Name: | KNAPPER, KELLY L. | Date Filed (f) or Converted (c): 12/03/11 (f) |
| | | 341(a) Meeting Date: 01/05/12 |
| | | Claims Bar Date: 04/09/12 |

09/29/13. ORDER GRANTING TRUSTEE'S MOTION TO APPROVE AN INTERIM DISTRIBUTION TO THE DOMESTIC SUPPORT OBLIGATION PROOF OF CLAIM FILED BY LORI ANDERSON DATED 10/10/13.

MOTION TO ENFORCE AGREED ORDER GRANTING MOTION TO COMPEL THE DEBTOR TO TURN OVER AN ASSET OF THE BANKRUPTCY ESTATE TO THE CHAPTER 7 TRUSTEE FILED 09/30/13.

JUDGMENT DENYING THE DISCHARGE OF THE DEBTOR DATED 09/16/13 BUT FILED 10/01/13.

FIRST AND FINAL FEE APPLICATION OF JOHN PATRICK LOWE, COUNSEL FOR THE CHAPTER 7 TRUSTEE FILED 11/01/13.

Initial Projected Date of Final Report (TFR): 03/30/13     Current Projected Date of Final Report (TFR): 12/31/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-12942 -TMD | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | KNAPPER, KELLY L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6137 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9378 | | |
| For Period Ending: | 11/26/13 | Blanket Bond (per case limit): | $ 11,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | 3, 4 | Kelly Knapper | BANK ACCOUNT BALANCES | 1129-000 | 4,412.00 | | 4,412.00 |
| 02/29/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,412.03 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.24 | 4,406.79 |
| 03/14/12 | 000101 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | ANNUAL BOND PREMIUM BOND #016017995 TERM: 03/01/12 TO 03/01/13 | 2300-000 | | 4.95 | 4,401.84 |
| 03/30/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,401.88 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.42 | 4,396.46 |
| 04/02/12 | 000102 | Clerk, U.S. Bankruptcy Court Austin Division 903 San Jacinto, Suite 322 Austin, TX 78701 | FILING FEE - COMPLAINT AGAINST TD AMERITRADE | 2700-000 | | 293.00 | 4,103.46 |
| 04/30/12 | 16 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,103.50 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.33 | 4,098.17 |
| 05/31/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,098.20 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.21 | 4,092.99 |
| 06/27/12 | 000103 | Clerk, U.S. Bankruptcy Court Austin Division 903 San Jacinto, Suite 322 Austin, TX 78701 | FILING FEE - COMPLAINT AGAINST KELLY L. KNAPPER | 2700-000 | | 293.00 | 3,799.99 |
| 06/29/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,800.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.86 | 3,795.16 |
| 07/31/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,795.19 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.01 | 3,790.18 |
| 08/14/12 | 16 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,790.19 |
| 08/14/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 2.02 | 3,788.17 |
| 08/14/12 | | Trsf To FIRST NATIONAL BANK OF VINI | FINAL TRANSFER | 9999-000 | | 3,788.17 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-12942 -TMD | Trustee Name: | John Patrick Lowe, Trustee |
|---|---|---|---|
| Case Name: | KNAPPER, KELLY L. | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******1374  Checking - Non Interest |
| Taxpayer ID No: | *******9378 | | |
| For Period Ending: | 11/26/13 | Blanket Bond (per case limit): | $ 11,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,788.17 | | 3,788.17 |
| 09/24/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 1.40 | 3,786.77 |
| 09/26/12 | 9 | TD Ameritrade Clearing | PER AGREED JUDGMENT DATED 08/28/12 | 1129-000 | 1,561.03 | | 5,347.80 |
| 09/26/12 | 10 | TD Ameritrade Clearing | PER AGREED JUDGMENT DATED 08/28/12 | 1129-000 | 1,706.80 | | 7,054.60 |
| 09/26/12 | 14 | TD Ameritrade Clearing | PER AGREED JUDGMENT DATED 08/28/12 | 1129-000 | 1,979.09 | | 9,033.69 |
| 10/16/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 2.77 | 9,030.92 |
| 11/06/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 5.75 | 9,025.17 |
| 12/07/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 5.56 | 9,019.61 |
| 01/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 5.75 | 9,013.86 |
| 02/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,003.86 |
| 03/04/13 | 003001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., SUITE 420 NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM BOND # 016017995 TERM:  03/01/13 TO 03/01/14 | 2300-000 | | 7.63 | 8,996.23 |
| 03/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,986.23 |
| 04/05/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,976.23 |
| 05/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,966.23 |
| 05/08/13 | 003002 | Mel T. Davis P. O. Box 236 Elmendorf, TX 78112 | SERVICE OF SUBPOENA UPON JPMORGAN CHASE BANK; INVOICE NO. 342 | 2990-000 | | 100.00 | 8,866.23 |
| 05/29/13 | 003003 | JPMORGAN CHASE BANK, N.A. NATIONAL SUBPOENA PROCESSING MAIL CODE IN1-4054 7610 WEST WASHINGTON STREET INDIANAPOLIS, INDIANA 46231 | BANKRUPTCY SUBPOENA CASE ID: SB467910-I1 MAILED TO THE ATTN:  ANGELA MILLER | 2990-000 | | 29.36 | 8,836.87 |
| 05/30/13 | 11, 12 | FULL FRONTAL PRODUCTIONS, LLC | PER ORDER DATED 04/12/12 - TURNOVER | 1129-000 | 10,667.08 | | 19,503.95 |
| 06/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 19,493.95 |
| 07/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 20.03 | 19,473.92 |
| 08/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 20.68 | 19,453.24 |
| 08/30/13 | 17 | WIT-SA LLC | PER ORDER 07/24/13 - 1 OF 2 PMTS | 1229-000 | 5,000.00 | | 24,453.24 |
| 09/09/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 20.66 | 24,432.58 |
| 10/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 24.77 | 24,407.81 |
| 10/28/13 | 003004 | Lori Anderson 2918 Ranch Road 620 North #249 Austin, TX 78734 | PER ORDER DATED 10/10/13 | 5100-000 | | 10,000.00 | 14,407.81 |
| 11/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 25.58 | 14,382.23 |
| 11/20/13 | 17 | WIT-SA LLC | PER ORDER 07/24/13 - 2 OF 2 PMTS | 1229-000 | 5,000.00 | | 19,382.23 |

Total Of All Accounts    19,382.23

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 26, 2013 |
|---|---|---|---|---|---|---|

Case Number: 11-12942
Debtor Name: KNAPPER, KELLY L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | Clerk, U.S. Bankruptcy Court<br>Austin Division<br>903 San Jacinto, Suite 322<br>Austin, TX 78701 | Administrative | | $586.00 | $586.00 | $0.00 |
| 999<br>2990-00 | Mel T. Davis<br>P. O. Box 236<br>Elmendorf, TX 78112 | Administrative | | $100.00 | $100.00 | $0.00 |
| 999<br>2990-00 | JPMORGAN CHASE BANK, N.A. | Administrative | | $29.36 | $29.36 | $0.00 |
| 001<br>3110-00 | John Patrick Lowe<br>c/o Dodson & Lowe<br>318 East Nopal<br>Uvalde, TX 78801 | Administrative | | $3,500.00 | $0.00 | $3,500.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Administrative | | $12.58 | $12.58 | $0.00 |
| 07A<br>051<br>5100-00 | Lori Anderson<br>2918 Ranch Road 620 North #249<br>Austin, TX 78734 | Priority | (7-1) support arrearage / attorney fees<br><br>Ranch Road address provided 09/26/13. | $33,517.48 | $10,000.00 | $23,517.48 |
| 02<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $14,967.05 | $0.00 | $14,967.05 |
| 03<br>070<br>7100-00 | Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306 | Unsecured | | $4,250.31 | $0.00 | $4,250.31 |
| 04<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,269.20 | $0.00 | $2,269.20 |
| 05<br>070<br>7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $4,110.96 | $0.00 | $4,110.96 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: November 26, 2013 |

Case Number: 11-12942  
Debtor Name: KNAPPER, KELLY L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 06 070 7100-00 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $251.98 | $0.00 | $251.98 |
| 07B 070 7100-00 | Lori Anderson 2918 Ranch Road 620 North #249 Austin, TX 78734 | Unsecured | (7-1) support arrearage / attorney fees  Ranch Road address provided 09/26/13. | $21,828.75 | $0.00 | $21,828.75 |
| 08 080 7200-00 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite #200 Tucson, AZ 85712 | Unsecured | | $1,154.47 | $0.00 | $1,154.47 |
| 01 050 4210-00 | Capital One Auto Finance c/o Ascension Capital Group, Inc. P.O. Box 60511 City of Industry, CA 91716 | Secured | (1-1) 2010 VOLVO C70-5 Cyl. Turbo Convertible 2D T5 | $25,915.73 | $0.00 | $25,915.73 |
| | Case Totals: | | | $112,493.87 | $10,727.94 | $101,765.93 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-12942 TMD
Case Name: KNAPPER, KELLY L.
Trustee Name: John Patrick Lowe, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 01 | Capital One Auto Finance | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: John Patrick Lowe, Trustee | $ | $ | $ |
| Trustee Expenses: John Patrick Lowe, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: John Patrick Lowe | $ | $ | $ |
| Charges: Clerk, U.S. Bankruptcy Court | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: JPMORGAN CHASE BANK, N.A. | $ | $ | $ |
| Other: Mel T. Davis | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 07A | Lori Anderson | $ | $ | $ |

Total to be paid to priority creditors            $_____

Remaining Balance                                 $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 02 | Discover Bank | $ | $ | $ |
| 03 | Wells Fargo Card Services | $ | $ | $ |
| 04 | American Express Centurion Bank | $ | $ | $ |
| 05 | American Express Bank FSB | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 06 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 07B | Lori Anderson | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 08 | Capital One, N.A. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors   $_____

Remaining Balance   $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE